Prudential Insurance Company of America v. Arnold Fenner et al., defendants, on appeal of Philip Conley, as administrator de bonis non of the estate of Anna Jaroszewicz, deceased, appellant, v. Arnold Fenner, appellee. Gen. No. 37,376.

Opinion filed February 13, 1935. Rehearing denied February 25, 1935.
Joseph F. Elward, for appellant. A. F. W. Siebel, for appellee.
Mr. Justice Hall delivered the opinion of the court.

Alexander Grant et al., defendants in error, v. John A. Heist, plaintiff in error. Gen. No. 37,631.

Opinion filed February 13, 1935. Rehearing denied February 25, 1935.
Henry N. Shabsin, for plaintiff in error; Maurice L. Davis, of counsel. Osborne, Kline & McGurren, for defendants in error; Wilson & Kline, of counsel.
Mr. Justice Wilson delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. D. L. Butow, trading as Butow System Service, appellant. Gen. No. 37,642.

Opinion filed February 13, 1935.
Bennison F. Bartel, for appellant. Green & Costigan, for appellee; William Creighton Wines, of counsel.
Mr. Justice Wilson delivered the opinion of the court.

The People of the State of Illinois ex rel. William F. Jahn, appellant, v. City of Chicago et al., appellees. Gen. No. 37,666.

Opinion filed February 13, 1935. Rehearing denied February 25, 1935.
Roy J. Egan, for appellant. William H. Sexton, Corporation Counsel, and Quin O'Brien, Assistant Corporation Counsel, for appellees.
Mr. Justice Wilson delivered the opinion of the court.